IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

INTERNATIONAL FABRICATORS )
AND ERECTORS, INC., )
)
    Plaintiff, )
)
v. ) Case No. 4:03-0763-CV-W-DW
)
FIELD LOGIC, INC., )
)
    Defendant. )

ORDER

This case was filed to collect an account receivable owed to the Plaintiff. Plaintiff filed a Chapter 11 bankruptcy proceeding on December 29, 2004, in the U.S. Bankruptcy Court in the Western District of Missouri as Case No. 04-47993. The subject account receivable is an asset of the bankruptcy estate that is subject to the security interest of Crestmark Commercial Finance. The bankruptcy estate has attested that it has no interest in collecting the account receivable. Accordingly, the above captioned case is dismissed without prejudice. The Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

                                                    /s/ DEAN WHIPPLE
                                                       Dean Whipple
                                              United States District Court

Date: December 22, 2005